UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN POSTELL, SR., <br><br> Plaintiff, <br><br> -against- <br><br> KELLY WELLS; PENNIE MERCADO; JENNY SILVERMAN; FALLSBURG LIBRARY, <br><br> Defendants. | 20-CV-3991 (UA) <br><br> ORDER GRANTING IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:   June 10, 2020
          New York, New York

                                                             COLLEEN McMAHON
                                            Chief United States District Judge