UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Jonathan Postell Sr_

_94 Meyerhoff RD_

_12747_

*(In the space above enter the full name(s) of the plaintiff(s).)*

RECEIVED

AUG 2 7 2020

**PRO SE OFFICE**

-against-

_Fallsburg Library_

_12-14 Railroad Plaza_

_So. Fallsburg N.Y._

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant. Addresses should not be included here.)*

**AMENDED
COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:   ☐ Yes   ☐ No

*(check one)*

_20_ Civ. _3991_ (_UA_)

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓      Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a
Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✓      Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file a charge with the Equal Employment Opportunity
Commission.*

✓      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act,
you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission.*

✓      New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

✓      New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

## I.      Parties in this complaint:

A.      List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name _Jonathan Postell Sr_
Street Address _94 MEYER HOFF RD_
County, City _Sullivan, So. Fallsburg_
State & Zip Code _N.Y. 12747_
Telephone Number _845-693-4449    Cell 845-428-1474_

B.      List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant      Name _Kelly Hobby Wells_
Street Address _12-14 Railroad Plaza_
County, City _Sullivan County, So. Fallsburg_
State & Zip Code _N.Y. 12779_
Telephone Number _436-6067_

C.      The address at which I sought employment or was employed by the defendant(s) is:

Employer _Fallsburg Library_
Street Address _12-14 Railroad Plaza_
County, City _Sullivan, So. Fallsburg_
State & Zip Code _N.Y. 12779_
Telephone Number _845-436-6067_

## II.      Statement of Claim:

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____      Failure to hire me.

_____      Termination of my employment.

__✓__      Failure to promote me.

__✓__      Failure to accommodate my disability.

__✓__      Unequal terms and conditions of my employment.

__✓__      Retaliation. _ATTEMPTED_

**1.**  ✓  Other acts *(specify)*: *demoting me to clerk, giving out my Job to all employees so I can no longer say I m only one who*

Note:   Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.  *DOES CATALOGING*

B.   It is my best recollection that the alleged discriminatory acts occurred on: *4/15/19*
                                                                     *Date(s)*

C.   I believe that defendant(s) *(check one)*:

    ✓         is still committing these acts against me.

    _____    is not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

    ☑   race   _____      ☑   color   _____

    ☑   gender/sex   _____      ☐   religion_____

    ☐   national origin _____

    ☑   age.    My date of birth is *04/17/1951*   *(Give your date of birth only if you are asserting a claim of age discrimination.)*

    ☑   disability or perceived disability, _____ *(specify)*

E.   The facts of my case are as follow *(attach additional sheets as necessary)*:

_____

_____

_____

_____

_____

_____

_____

Note:   As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

## III.   Exhaustion of Federal Administrative Remedies:

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: *07/02/2019 scheduled interview date* _____ *(Date).*
    *Date scheduled 4/12/2019*

B.   The Equal Employment Opportunity Commission *(check one)*:

_____ has not issued a Notice of Right to Sue letter.

✓ issued a Notice of Right to Sue letter, which I received on 3/06/2020 (Date).
3/17/2020 EMA

**Note:** *Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.    Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

✓ 60 days or more have elapsed.

_____ less than 60 days have elapsed.

## IV.    Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _____

_____

_____

*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 20 day of August , 20 20

Signature of Plaintiff    *Jonathan Castell Sr*

Address    94 MEYERHOFF RD

Hurleyville N.Y.

12747

Telephone Number    845-428-1474 cell

Fax Number *(if you have one)*

845-693-4449 Home

Defendants

LAURIE BURKE Deutsch,
PRESIDENT of the board
CAN be REAChED at Fallsburg LibRARY
12-14 RAIL ROAD PLAZA
845-436-6067

PENNIE MERcAdO
PRINCIPAL LIBRARY cleek & ACTING
DIRECTOR CAN be ReAched through

LAST KNOWN PhoNe
Home # 845-647-4765
Cell # 845-798-8818
Cell # 845-423-1367

FALLSBURG LIBRARY
12-14 RAIL ROAD
PLAZA
845-436-6067

JENNY SILVERMAN
TRustee

LAST KNOWN phone
Home # 436-7759 (845)
Cell # 807-2792 (845)

FAllsbURG LIBRARY
12-14 RAIL ROAD PLAZA
845-436-6067

1. STATEMENT OF CLAIM SECTION A final QUESTION OTHER
ACTS percevngout my job so Dean no longer say
I'm only one who does cataloging

Circulation/Linking Schedule – to start April 15, 2019

**Mondays** 9:30am – 5pm

| | |
|---|---|
| Virginia | 8am – 1pm & 2pm – 4pm DESK |
| Rena | 9am – 12pm & 1pm – 5:30pm ASSIST AT DESK AS NEEDED |
| Amanda | 12pm – 8pm PROGRAMS & PREP/ASSIST AT DESK AS NEEDED |
| Jonathan | 9am – 2:45pm & 3:15pm – 3:30pm LINK |

**Tuesdays** 9:30am – 7pm

| | |
|---|---|
| Virginia | 8am – 1pm & 2pm – 4pm DESK |
| Rena | 10:30am – 2pm & 3pm – 7:30pm ASSIST AT DESK AS NEEDED |
| Amanda | 9am – 6pm PROGRAMS & PREP/ASSIST AT DESK AS NEEDED |
| Jonathan | 9am – 2:45pm LINK / 3:15pm – 3:30pm DESK |
| Theresa | 3pm – 7:30pm LINK |

**Wednesdays** 9:30am – 7pm

| | |
|---|---|
| Virginia | 8am – 10:30am DESK / 10:30am – 1pm & 2pm – 4pm LINK |
| Rena | 10:30am – 2pm & 3pm – 7:30pm ASSIST AT DESK AS NEEDED |
| Amanda | 12pm – 8pm PROGRAMS & PREP/ASSIST AT DESK AS NEEDED |
| Jonathan | 9am – 3:15pm & 3:45pm – 4pm DESK |

**Thursdays** 9:30am – 5pm

| | |
|---|---|
| Virginia | 8am – 1pm & 2pm – 4pm DESK |
| Rena | 9am – 12pm & 1pm – 5:30pm ASSIST AT DESK AS NEEDED |
| Amanda | 12pm – 8pm PROGRAMS & PREP/ASSIST AT DESK AS NEEDED |
| Theresa | 12pm – 5:30pm LINK |

**Fridays** 9:30am – 4pm

| | |
|---|---|
| Virginia | 8am – 1pm & 2pm – 4pm DESK |
| Amanda | 9am – 4pm LINK |
| Theresa | 11:30am – 4pm DESK |

*The times are based roughly on when I normally observe you guys taking breaks...this is NOT set in stone, however #1 priority is coverage at the desk ALWAYS. If it comes between the desk being covered, or linking being done, the desk must be covered. This goes for days off/sick days – the desk must be covered – even if you were scheduled to be linking for the day.

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625

Jonathan Postell, Sr.
94 Meyerhoff Road
Hurleyville, NY 12747

Re:  Jonathan Postell, Sr. v. FALLSBURG LIBRARY
     EEOC Charge No. 520-2019-03038

Dear Mr. Postell:

The Equal Employment Opportunity Commission ("EEOC" or "Commission") has reviewed your charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce. In accordance with these procedures, we have evaluated your charge based upon the evidence provided.

You allege that you were subjected to retaliation and discriminated against by New York City Police Department ("Respondent") based on your age, race, sex, and disability . Respondent's position statement has been previously shared with you. Your rebuttal to this position statement has been received and reviewed.

Based upon a review of information and documents submitted by you and the Respondent, the Commission is unable to conclude that the information establishes a violation of Federal law on the part of the Respondent. Although you may disagree with this determination, it is very unlikely that EEOC would find a violation if it invested additional resources. Therefore, the EEOC has decided not to further pursue its investigation of this charge and no further action will be taken by the Commission regarding this matter.

Enclosed is your Notice of Dismissal and Right to Sue. This determination is final. If you wish to pursue this matter on your own, you may file a lawsuit against the Respondent named in your charge in Federal District Court **within 90 days of receipt of your Notice of Dismissal and Right to Sue.**

Sincerely,

_____ for

Judy A. Keenan
Deputy Director

MAR 0 6 2020
_____
Date

Enc.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5ᵗʰ Floor
New York, NY 10004-2112
(212) 336-3620
TTY (212) 336-3622
FAX (212) 336-3625

Jonathan Postell, Sr.
94 Meyerhoff Road
Hurleyville, NY 12747

Re:     Jonathan Postell, Sr. v. FALLSBURG LIBRARY

        EEOC Charge No. 520-2019-03038

Dear Mr. Postell:

The Equal Employment Opportunity Commission ("EEOC" or "Commission") has reviewed your charge according to our charge prioritization procedures. These procedures, which are based on a reallocation of the Commission's staff resources, apply to all open charges in our inventory and call for us to focus our limited resources on those cases that are most likely to result in findings of violations of the laws we enforce. In accordance with these procedures, we have evaluated your charge based upon the evidence provided.

You allege that you were discriminated against by FALLSBURG LIBRARY ("Respondent") based on your race, sex, and age. Respondent's position statement has been previously shared with you. Your rebuttal to this position statement has been received and reviewed.

Based upon a review of information and documents submitted by you and the Respondent, the Commission is unable to conclude that the information establishes a violation of Federal law on the part of the Respondent. Although you may disagree with this determination, it is very unlikely that EEOC would find a violation if it invested additional resources. Therefore, the EEOC has decided not to further pursue its investigation of this charge and no further action will be taken by the Commission regarding this matter.

Enclosed is your Notice of Dismissal and Right to Sue. This determination is final. If you wish to pursue this matter on your own, you may file a lawsuit against the Respondent named in your charge in Federal District Court **within 90 days of receipt of your Notice of Dismissal and Right to Sue.**

Sincerely,

*[signature]*

                                        March 06, 2020
_____
Judy A. Keenan                          Date
Deputy Director

Enc.

Nicole's job description

Linking and classification of all library materials, magazines, books, audio/visual etc.(cataloging)
Directing of shelving with Director
Weeding of entire library collection with Director input
Processing of all materials, covering, spine labels, classification, genre etc.
Sorting through all the donated materials and select needed materials
Interlibrary loan, SEAL , OCLC, NYS Public Library
Mending of damaged materials
Ability to do payroll, and billing when Pennie is not here.
Circulation, customer service, patron reference
Extensive knowledge of our collection and ability to assist Patrons to the best of my knowledge.
Helping the Director in teaching Computer classes, Internet and Word
Over 4 years of experience
Filling in for programming and reading Spanish to the children
Assist in training of new employees and volunteers

Supp. the circ desk by determing prices for damages or purchase.

this is A copy given me in 2011 DESCRIBING Nicole's job when she was fired + Virginia + Kate wouldn't take the job + Virginia still doesn't do the job eventhough she only suppose to link 2 hrs per week

*This is a copy of Library Personnel Policy*
*Effective 4/1/2008*
*Additions 10/14/2010*

**Part-Time Employees** *I didn't copy all 7 pages as you can see too INK*

- This refers to Part-time employees who are <u>normally scheduled</u> to work 20 hours per week and does not include pages, seasonal employees or occasional employees. Library closings for holidays or other reasons will not impact Part-Time employees eligibility for this benefit.

- After the completion of the six-month probationary period, two & a half days (17 1/2 Hours) of paid time off will be credited to Part-Time employees for the remainder of their first year of employment.

- Thereafter, five days (40 Hours) of Paid Time Off will be credited each subsequent year at the rate of 1 day per month on the anniversary date of employment.

- This time may not be accumulated

E. **Holidays**

- Full-Time employees will be paid for holidays they are normally scheduled to work; equivalent to the number of hours they are normally scheduled to work.

- ~~Part-time employees do~~ not receive pay for ~~holidays.~~

- The Library will be closed and eligible employees will be paid for the following holidays. The Board retains the right to alter the calendar annually.

*Prior to 2008 we were all given these holidays should have been gathered in*

    New Years Day
        (New Years Eve – the Library will close at 3PM)
    Martin Luther King Jr. Day
    Presidents Day,
    Easter Sunday
    Memorial Day (Observed)
    Independence Day July 4th
    Labor Day (Observed) Sunday and Monday
    Columbus Day (Observed)
    Thanksgiving Thursday and Friday
        (Thanksgiving Eve – the Library will close at 3PM)
    Veteran's Day (Observed)
    Christmas Eve and Christmas Day

The Library will close for Yom Kippur if it falls on a day that the Library is scheduled to be open and this will be considered an additional paid holiday for employees normally scheduled to work that day.

F. **Health Insurance**

prepares for mailing; maintains vendor records and files; performs miscellaneous bookkeeping duties as required. Performs routine duties requiring the use of a variety of forms, reports or procedures. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

## Clerk - Adult Services (*2006 only; see Clerk – Generalist or Clerk – Reference/Information Services*)
Provides access to materials, services and programs intended to meet the needs of the adult users of a public library. Performs routine duties requiring the use of a variety of forms, reports or procedures. Provides basic patron assistance: sets up computer stations, locates materials, provides information. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

## Clerk – Acquisitions
Orders and receives new materials; works with collections staff to determine most appropriate sources; checks shipments to ensure correct quantity, material and quality. Performs routine duties requiring the use of a variety of forms, reports or procedures. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

## Clerk - Archives and Special Collections
Manages and maintains collection; identifies and appraises records, authenticates, describes and documents, facilitates access and use, preserves and conserves, and exhibits collection. Performs routine duties requiring the use of a variety of forms, reports or procedures. Provides basic patron assistance. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

## Clerk - Children's Services/Young Adult Services
Provides services intended for children and youths through twelfth grade; develops collection, provides homework and reader's advisory services, and develops age appropriate programs. Provides basic patron assistance: Locates materials, provides information. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

## Clerk – Circulation (*2006 only; see Clerk – Access Services*)
Checks in and out materials; inspects materials for damage, verifies due date and calculates fine; assists patrons with basic informational questions; sorts materials and prepares for reshelving; issues and updates identification cards according to established procedures. Performs routine duties requiring the use of a variety of forms, reports or procedures. Provides basic patron assistance: sets up computer stations, locates materials, provides information. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

*This is the position they pay me*

AT

**Clerk – Generalist (*new in 2007*)**
Performs duties in several departments or functional areas.

**Clerk - Government Documents**
Provides access to publications of the U.S. federal government such as transcripts of hearings and text of bills, resolutions, statutes, reports, charters, treaties, periodicals and statistics. Performs routine duties requiring the use of a variety of forms, reports or procedures. Provides basic patron assistance: locates materials, provides information. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

**Clerk - Instructional Services/Literacy**
Advances learning, teaching and research with respect to information literacy in higher education; assists patrons to develop the ability to read and write. Performs routine duties requiring the use of a variety of forms, reports or procedures. Provides basic patron assistance: locates materials, provides information. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

**Clerk - Media Services**
Develops and manages non-print library materials such as files, video recordings, audio recordings, CD-ROMs, computer software, etc. Performs routine duties requiring the use of a variety of forms, reports or procedures. Provides basic patron assistance: locates materials, provides information. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

**Clerk - Outreach/Bookmobile**
Provides services and programs to homebound, disabled, institutionalized or other underserved patrons. Performs routine duties requiring the use of a variety of forms, reports or procedures. Provides basic patron assistance: locates materials, provides information. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

**Clerk - Reference/Information Services**
Assists patrons with questions; instructs in the selection and use of appropriate tools and techniques for finding information.Conducts searches for materials; contributes to reference collection development. Performs routine duties requiring the use of a variety of forms, reports or procedures. Provides basic patron assistance: sets up computer stations, locates materials, provides information. Maintains departmental or area records. Performs miscellaneous clerical duties such as filing, typing, sorting or photocopying.

**Clerk - Technical Services (*new in 2007*)**
Acquires, organizes (bibliographic control), physically processes and maintains library collections. Provides assistance to patrons including topical research and material location. Assists patrons with the use of library resources and equipment. Screens

*This is THE position I am given ON PAPER + ANSWERING MACHINE*

the collection for outdated or unused materials following established ~~guidelines.~~
Provides basic patron assistance: locates materials, provides information. Maintains
~~departmental or area records.~~ Performs ~~miscellaneous clerical duties such as filing,
typing, sorting or photocopying.~~

## Collection Development/Management
Analyzes community and library data to determine areas of the collection which need
updating. Selects materials to update the collection. Performs related work as
required.

## Computer Lab Assistant
Monitors the operation of adult and/or youth computer labs. Assists patrons with
questions and problem resolution. Enforces computer lab rules. May assist with
installation, operation and configuring of personal computer hardware and software.
Investigates reoccurring problems and recommends course of action to supervisor.
May perform back-up operations and print reports.

## Copy Cataloger      *Linda*
~~Performs copy~~ cataloging for print and non-print materials using OCLC, AACRII, MARC,
DDC and local consortium standards. Edits previously cataloged materials. Serves a
resource for other library personnel concerning cataloging rules and practices.

*This is!
what I
do
But Im
Not only
A copy
CATALOGER
I was
Taught
how to
Enter
New
Books
into the
system*

## Department Head/Branch Manager/Coordinator/Senior Manager (MLS)
Persons who supervise one or more professional librarians.

## Department Head/Branch Manager/Coordinator/Senior Manager (non-MLS) *(new in 2007)*
Persons who supervise one or more professional librarians.

## Deputy/Associate/Assistant Director (MLS)
Persons who report to the Director and manage major aspects of the library
operation (e.g., technical services, public services, collection development,
systems/automation).

## Deputy/Associate/Assistant Director (non-MLS) *(new in 2007)*
Persons who report to the Director and manage major aspects of the library
operation (e.g., technical services, public services, collection development,
systems/automation).

## Development Manager
Manages and may participate in all aspects of library's annual fund development
program. Identifies potential donors and maintains donor database. Responsible for
maintaining budgets of delegated programs and may supervise staff.

## Director (non-MLS) *(new in 2007)*
Chief officer of the library or library system.

*At the Time Linda made me learn because I had to
enter the books penny bought cheap from Chinese Publishers*

*This is the paper given me explaining my position*
*8/30/2017*

*Jonathan*

# Fallsburg Library

Tech Services - Library Clerk

JOB DESCRIPTION

The work includes, but is not limited to, processing of library materials for circulation, accurate maintenance of records of library materials in ILS according to current library standards, repairing of damaged library materials. Clerks carry out assignments independently as experience is gained. No prior knowledge of library procedures and policies is required as on the job training is provided. Work is performed under the direct supervision of higher level staff. Does other related work as required or requested.

Must be able to work flexible hours, including evenings and weekends.

TYPICAL WORK ACTIVITIES

The typical work activities listed below are a representative example of the variety of work assignments associated with this title. Tech Services clerks may perform other related activities that are not described below.

- Links all library materials to proper records in ILS
- Prepares library materials for circulation – barcodes, book covers, stickers, etc.
- Maintains periodical records as to items received weekly and monthly
- Corrects item records as instructed by higher level staff
- Repairs books and cleans/repairs DVDs/Blu Rays as needed
- Answers telephone on third ring, provides information to callers in a courteous manner, transfers calls as needed
- Requests materials for tech job in timely manner – book covers, DVD/Blu Ray cases, laminate, stickers, repair supplies, barcodes, etc.
- Trains and directs other employees on library procedures and routines, as requested by supervisor
- Assists with RCLS delivery boxes as needed
- Provides relief at the circulation desk as needed
- Assists in the enforcement of library policies or notifies the supervisor of continued issues
- Assists in maintaining overall appearance and cleanliness of the library
- Additional duties as requested/needed

FULL PERFORMANCE KNOWLEDGE, SKILLS, ABILITIES, AND PERSONAL CHARACTERISTICS

- Excellent customer service skills
- Ability to operate a personal computer and utilize common office software programs
- Ability to understand and follow moderately difficult oral and written instructions
- Detail oriented
- Tact and courtesy in dealing with staff and public

- Ability to maintain a calm and friendly demeanor with the public under stressful conditions
- Ability to maintain neat and legible records
- Ability to lift and move objects such as books, supplies, and files
- Ability to stand for extended periods of time, sit, bend, kneel, crouch, and climb stairs
- Physical condition commensurate with the demands of the position

MINIMUM QUALIFICATIONS
Graduation from high school or possession of a high school equivalency diploma AND one (1) year of clerical and/or customer service experience; preferably some of which is in a library setting.



_Proof of Disability_



PAIN
CONTROL
CENTER

Hussein Omar, M.D., D.A.B.A., D.A.A.P.M.
Mahmoud Abu-Ghanam, M.D., D.A.B.A.
Board Certified In Pain Management
Vincent LaSalle, P.A.

1886 STATE ROUTE 52
LIBERTY, NEW YORK 12754
Telephone 845-292-0078
Fax 845-292-3244
*Accredited by the Joint Commission

## FACSIMILE TEL. NO.:
## (845) 292-3244

## FACSIMILE TRANSMISSION

## DATE:  11-13-2019

TO: Fallsburg Library
ATTN: Kelly Wells

TELEFAX NO.: (845) 434-1254

FROM: Renee' - ext 125

RE: Jonathan Postell DOB: 04-17-1951
Medical documentation regarding disability status; being faxed to your attention
as per patient's verbal request.

TOTAL PAGES INCLUDING COVER: 10

THIS IS AN AUTOMATIC TRANSMISSION. SHOULD YOU NEED TO REACH THE SENDER,
PLEASE CALL (845) 292-0078. THANK YOU.

### CONFIDENTIAL COMMUNICATION

THIS TRANSMISSION IS INTEDNED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS
ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND
EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS
COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT
RESPONSIBLE FOR DELIVERING THE COMMUNCATION TO THE INTENDED RECIPIENT, YOU ARE
NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
NOTIFY THIS SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL
COMMUNCATION TO THE ABOVE CENTER AND ADDRESS BY THE U.S. POSTAL SERVICE.

PCC FAX 12/18

**FOR THE EVALUATION AND TREATMENT OF ACUTE AND CHRONIC PAIN**
ALL CORRESPONDENCE BY MAIL SEND TO P.O. BOX 558 FERNDALE, NY 12734-055

The University of the State of New York
THE STATE EDUCATION DEPARTMENT
Office of Adult Career and Continuing Education Services-Vocational Rehabilitation (ACCES-VR)

## *Medical Report*
### Orthopedic and Miscellaneous Disabilities

VR-115 (1/11)

| NAME OF PATIENT | | DATE OF BIRTH |
|---|---|---|
| JONATHAN   POSTELL  SR. | | 4-17-97 |
| **ADDRESS**    Street | City | State    Zip |

**To: Physician, Hospital, or Clinic**

The information requested concerning this patient will be used to help us determine his (her) eligibility for rehabilitation services, to determine work limitations, and to determine whether any medical or surgical treatment will increase the range of employability. **All information will be held strictly confidential.**

**Patient reports the following disability or disabilities:**

LOWER BACK   PAIN c̄ RADICULOPATHY
R > L

**Rehabilitation Counselor (signature)**

Date

**History and Present Complaints:**

RECURRENT   BACK PAIN
AS A RESULT   HIT FROM
REAR CAR ACCIDE
8-29-2000

**Examination Findings:**

Date of Most Recent Examination
9-8-05

ROM OF L-(MINE)
CANNOT SIT FOR MORE
THAN 5 MIN
NEEDS
SPECIAL CHAIR
FOR SUPPORT

**Diagnosis:**

SPONDYLOSIS

**Prognosis as to improvement in physical condition:**

with treatment    GUARDED

without treatment

**Physical limitations resulting from disability:**

NO HEAVY LIMB

**Recommendations**

**Treatment:**    NEEDS SPECIAL CHAIR FZ
SPLIT

**Working conditions and activities to be avoided:**

NO HEAVY LIFTING

**Prosthesis: Is a prosthesis indicated?** ☐Yes ☐No    **Is patient now using a satisfactory prosthesis?** ☐Yes ☐No

*If so, describe:*

*If not, please specify type required:*

**Use of public transportation: Can and does patient use public transportation?** ☐Yes ☐No

*If not, explain:*

**Physician's signature:** _____    **Date** 9-8-16

**Physician's address:**

attach additional sheets if necessary to furnish complete information

NEW YORK STATE EDUCATION DEPARTMENT
ADULT CAREER and CONTINUING EDUCATION SERVICES
301 Manchester Road, Suite 200
Poughkeepsie, NY 12603

## PHYSICAL CAPACITIES EVALUATION/FUNCTIONAL ASSESSMENT

PATIENT: _JONATHAN POSPECC_          DATE: _9-9-17_

PHYSCIAN: _V. CASAGELLA_

DIAGNOSIS: _724.4     721.3     781.2_

PROGNOSIS: [ ] Will improve  [ ] Remain static  [ ] Guarded  [ ] probably get worse

1.  In an 8 hour work day, patient can stand/walk:
    [ ] None          [ ] 1-4 hours        [ ] 4-6 hours        [ ] 6-8 hours

2.  In an 8 hour work day, patient can sit:
    [ ] None          [✓] 1-3 hours        [ ] 3-5 hours        [ ] 5-8 hours

3.  Patient can lift:
    [✓] Occasionally      [ ] Frequently  [ ] Continuously.

4.  Patient can use hand for repetitive:
    A. Simple grasping          B. Pushing and pulling  C. Fine manipulation
    [✓] yes    [ ] no           [ ] yes    [✓] no        [✓] yes    [ ] no

5. Patient can use feet for repetitive movement (as in operating foot controls).   [ ] yes     [ ] no

6. Patient is able to:   Frequently        Occasionally          Not at all

|              | Frequently | Occasionally | Not at all |
|--------------|------------|--------------|------------|
| A. Bend      | [ ]        | [✓]          | [ ]        |
| B. Squat     | [ ]        | [ ]          | [ ]        |
| C. Crawl     | [ ]        | [✓]          | [✓]        |
| D. Climb     | [ ]        | [✓]          | [ ]        |

7. Patient is able to reach above shoulder level:   [✓] yes     [ ] no

May patient in future return to previous occupation?     [ ] yes     [✓] no

Permanent work restrictions (types of work activities to be avoided):

_AVOID SITTING FR_

_LONG PERIODS. We as CHAIR FR SUPPLY_

_____
Signature of Physician



New York State Department of Motor Vehicles
## APPLICATION FOR A PARKING PERMIT OR LICENSE PLATES, FOR PERSONS WITH SEVERE DISABILITIES

Take this completed application to the issuing agent in the area where you live. Also, if you have a NYS driver license or an ID card issued by NYS DMV, bring it with you when you apply for the permit.

### Part 1 INFORMATION ABOUT PERSON WITH DISABILITY - (Please print, and sign by the arrow.)

Last Name: Posterr  First: Jonathan  M.I.  
Telephone No.: 845-693-4449  
Address No. and Street: 94 meyerhoff Rd  Apt. No.  City: Hurleyville  State: N.Y.  Zip Code: 12747  
Date of Birth: 4/17/51  ☒ Male ☐ Female  I am applying for: ☐ License Plates (Apply to DMV) ☒ Parking Permit (Apply to local issuing agent)  

Do you have license plates for persons with disabilities? ☐ Yes - My license plate number is: _____ ☒ No  

Signature of Person with Disability or Signature of Parent or Guardian  Date: 8/09/17  

### Part 2 MEDICAL CERTIFICATION

☐ TEMPORARY DISABILITY  
Diagnosis: _____  Expected Recovery Date: _____  
What assistive device is needed? _____  

☒ PERMANENT DISABILITY  
Diagnosis: M47.817 - SPONDYLOSIS OF SPINE  Please check the conditions that apply:  
☐ Uses portable oxygen ☐ Legally blind ☐ Limited or no use of one or both legs ☐ Unable to walk 200 ft. without stopping  
☐ Neuromuscular dysfunction that severely limits mobility ☐ Class III or IV cardiac condition.  
☐ Severely limited in ability to walk due to an arthritic, neurological or orthopedic condition  
☐ Restricted by lung disease...  
☐ Has a physical or mental impairment...  

MD/DO/DPM Name: V. LaSalle PA  Professional License No: 000700-1  
MD/DO/DPM Address: PAIN CONTROL CENTER 1885 STATE ROUTE 52 LIBERTY NY 12754  Telephone No.: 1292, 0076  
MD/DO/DPM Signature: V. LePay  Date: 8-8-17  

### Part 3 FILE INFORMATION
☐ Blue ☐ Red  Parking Permit No. _____  Date Issued: _____  Date Expires: _____  
☐ First ☐ Second  9-digit number from NYS Driver License/ID Card  
☐ Denied ☐ Revoked  Reason: _____  

PAGE 1 OF 2



*Hussein Omar, M.D., D.A.B.A., D.A.A.P.M.*
*Mahmoud Abu-Ghanem, M.D., D.A.B.A.*
*Board Certified in Pain Management*

**PAIN**
**CONTROL**
**CENTER**
9848 STATE ROUTE 52
LIBERTY, NEW YORK 12754
Telephone 845-292-0074
Fax 845-292-3244
*Recorded by the CPM Commission*

**JONATHAN POSTELL**
68 Y, Male- DOB: 04/17/1951
Account #: 740
94 MEYERHOFF RD
HURLEYVILLE, NY 12747
H: 845.893.4449, C: 845.428.1474
Email: jpostellsr@icloud.com

---

**Vincent Lasalle, PA.** Physician Assistant
**Visit Reason:**   one year f/u

**Progress Note:** 08/29/2019 at 12:00 pm

**CC:** Lower lumbar back pain, Numbness and Tingling, Joint Stiffness and Decreased Range of Motion
**HPI:**
A 68 year old male patient presents with Lower lumbar back pain. Since last visit, it has become worse. Pt here for dmv forms to be filled out. pt not seen in over one year . pt told i could not fill out any forms go to pcp.

In addition he presents with Numbness and Tingling. Since last visit, it has become worse.

In addition he presents with Joint Stiffness. Since last visit, it has become worse.

In addition he presents with Decreased Range of Motion. Since last visit, it has become worse.

JONATHAN POSTELLis a 68 Ymale who is seen today August 29, 2019 The patient with chronic mechanical back pain syndrome    with
The patient came to the office for to review imaging studies follow-up and medication refill.  The patient reported pain has been more or less same since last visit.  The patient denies any new complaints and the pain is more or less controlled with the intake of current medication.Doing fairly well.Reported alleviating factors include local heat and rest and/or laying down; versus aggravation by sitting or standing too long at a time   We discussed today potential associated symptoms, such as   or other associated concerns. Currently, using a scale of 0 (no pain and/or impact on daily activity) to 10 (worst discomfort and/or most complete interference with normal activities the patient can imagine), the patient rates this recent average situation as a 6
**Devices used by Patient:**
Patient using for ambulation today   .

**Allergies:**
NKDA

**Medical History:**
Low Back Pain
Degenerative Disc Disease
Osteoarthritis

**Surgical History:**
Shoulder Surgery

techniques and the potentially devastating effects of intrathecal steroid injection,or intravascular  it is advisable to perform epidurography before therapeutic injection(s) into the epidural space

·Since negative aspiration for blood or CSF is insufficient to exclude intravascular or intrathecal  needle placement

·Epidurography provides essential information for the accurate performance of lumbar epidural steroid injections. One out of every twenty presumed epidural injections were inaccurately placed even by an experienced operator. One out of every fifty was dangerously positioned and identified only by performance of an epiduralgram.

## A:Lumbar/Transforaminal/Epidural Injections

Since patient after evaluation today have subjective and objective  acute  radicular pain syndromes

An epidural glucocorticosteroid injection is an option for acute or subacute radicular pain syndromes

Is an option for radicular pain syndromes lasting at least 3 weeks having been treated with NSAIDs and without evidence of trending towards spontaneous resolution

## B:Therapeutic Facet Joint Injections

Since patient after evaluation today have subjective and objective  acute  Facet Joint  pain syndromes

Supported by today examination and the mechanics nature of the injury that effected the  range of motion

Hindered movement  Inability to bend   Pain when sitting/standing

Inability to bear weight  Tenderness at the facet joints difficult to stand up straight or get out of a chair.  walk hunched posture

Recommendations:Fluoroscopically guided (except in cases where radiation exposure is contraindicated and ultrasound evaluation of needle placement may be used) therapeutic facet joint

## C:Sacroiliac Joint Injections

Since patient after evaluation today have subjective and objective  acute sacroiliac Joint  pain syndromes

Supported by today examination and the mechanics nature of the injury

and positive

·Iliac Gapping Test

·FABER or Patrick test - To identify if pain may come from the sacroiliac joint during flexion, abduction, and external rotation, the clinician externally rotates the hip while the patient lies supine. Then, downward pressure is applied to the medial knee stressing both the hip and sacroiliac joint.

Sacroiliac joint injections are recommended for the treatment of sacroiliac joint sprain/dysfunction.

## D:Tender and Trigger Point Injections

Since patient after evaluation today have subjective and objective  acute  muscle spasm

Supported by today examination and the mechanics nature of the injury that effected the  range of motion

Hindered movement   Inability to bend   Pain when sitting/standing

Inability to bear weight  Swelling/Tenderness

Inflamed facets can cause a powerful muscle spasm

Trigger or tender point injections may be reasonable second or tertiary options for subacute or chronic back pain that is not resolving with more conservative means (e.g., NSAID, progressive aerobic exercises, other exercises).

Progress Note: Vincent  Lasalle, PA. (Physician Assistant) 08/29/2019

JONATHAN POSTELL, DOB: 04/17/1951

Electronically signed by LaSalle, Vincent , PA. on Thursday, August 29, 2019 at 01:57 PM

| Pap Smear Taken
| Pap Smear and Vaginal Examination refused                Date:                    Result:
| Vaginal examination and Pap Smear contraindicated at this time
  Cytology Examination done within the past 3 years
                                                          Date:                    Result:

Patient is a smoker / non smoker
Patient interested in smoking cessation                Patient not interested in smoking cessation
Counseling done                                        Referral done

| Are this patient's immunizations up to date?          Yes          No
| Pneumococcal vaccine (if applicable) needed...        Yes          No          N/A
| Influenza vaccine (if applicable) needed...           Yes          No          N/A
| Tetanus booster vaccine (if applicable) needed...     Yes          No          N/A
| Hepatitis B vaccine (if applicable) needed...         Yes          No          N/A

Name:                        Signature:                              Dated:

**Pain Control Center**
**1885 State Route 52 Liberty, NY 12754-8309**
**845.292.0078 Fax: 845.292.3244**

USPS SIGNATURE® TRACKING #



Ferdinand Postell Sr.
94 MEYERHOFF RD
12747

Louis L. Stanton
U.S District Court
500 Pearl St. N.Y.
N.Y. 10007



1029



10007

U.S. POSTAGE PAID
FC PKG INT
WOODBOURNE, NY
12788
AUG 23, 20
AMOUNT

$7.75

R2305K1132638-21