OCT 19 2020

PRO SE OFFICE

20cv.3991

10/12/2020

Attention Foreign Mailing

To whom it may concern

I have completed and attached USM 285 to insure process could be made to Fallsburg Library

Thank you
Jonathan Odell Sr

**From:** Nataliya Gagarkina NGagarkina@nylag.org
**Subject:**
**Date:** October 9, 2020 at 11:51 AM
**To:** Jonathan Postell Sr. jpostellsr@icloud.com

*This email, including any attachments, may contain information that is legally privileged and/or confidential. If you are not the person this email was intended to reach, then do not share, distribute, or copy it. Please notify the person who sent this email immediately and then delete the email, including any attachments.*

---

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Jonathan Postell SR | COURT CASE NUMBER: 20-CU-3991 (NSR) |
| DEFENDANT: Fallsburg Library | TYPE OF PROCESS: Summons |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**SERVE AT:** Fallsburg Library
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
12-14 Railroad Plaza  So. Fallsburg N.Y. 12779

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Jonathan Postell Sr
94 Meyerhoff RD
Hurleyville N.Y. 12747

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 845-408-1474
DATE: 10/12/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above) | Date | Time ☐ am ☐ pm
Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

**REMARKS**

Postell sr
94 meyerhoff RD

RECEIVED OCT 19 2020 PRO SE OFFICE

Southern District Court
500 Pearl St New York
N.Y. 10007

Pro Se
SM

U.S. POSTAGE PAID
FCM LETTER
WOODBOURNE, NY 12788
OCT 14, 20
AMOUNT $6.40
R2305K132638-21

CERTIFIED MAIL
7018 0680 0001 6595 0729